UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
-----------------------------------------------------------x
IN RE:

    ROCKY'S CONSTRUCTION INC.,

                                                 CASE NO. 21-40316(NHL)
                            Debtor                      CHAPTER 11

-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

      Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

                            CHARLES N. PERSING, CPA

                            Bederson LLP
                            347 Mount Pleasant Avenue
                            West Orange, NJ 07052
                            Tel No. (973) 530-9181
                            Email: cpersing@Bederson.com

      The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  New York, New York         WILLIAM K. HARRINGON
        February 11, 2021             United States Trustee, Region 2

                                      By: ***/s/Rachel B. Wolf***
                                      Rachel Wolf
                                      Trial Attorney
                                      201 Varick Street, Suite 1006
                                      New York, New York 10014
                                      Tel No. (212) 510-0500
                                      Fax No. (212) 668-2255